## 52755. ANDREWS v. THE STATE.

QUILLIAN, Judge.

On appeal from the defendant's conviction of burglary, the sole issue presented is whether the trial judge made a definite and independent ruling on the voluntariness of a purported confession prior to submitting it to the jury. *Held:*

The record reveals that at the time the confession was offered into evidence the jury was excused and a hearing was conducted by the trial judge with regard to the voluntariness of the statement made by the defendant. At the close of the hearing the trial judge stated: "The court is going to admit it." This was sufficient compliance with the rule laid down in *Cardell v. State,* 119 Ga. App. 848, 853 (168 SE2d 889), citing Sims v. Georgia, 385 U. S. 538 (87 SC 639, 17 LE2d 593); Jackson v. Denno, 378 U. S. 368 (84 SC 1774, 12 LE2d 908). The defendant's contention is without merit.

*Judgment affirmed. Deen, P. J., and Webb, J., concur.*

SUBMITTED SEPTEMBER 15, 1976 — DECIDED SEPTEMBER 29, 1976.

*Gary A. Sinrich,* for appellant.
*John W. Underwood, District Attorney, Dupont K. Cheney, Assistant District Attorney,* for appellee.